1  William D. Hyslop
   United States Attorney
2  Eastern District of Washington
3  Michael D. Murphy
   Assistant United States Attorney
4  402 E. Yakima Avenue, Suite 210
   Yakima, Washington 98901
5  Telephone: (509) 454-4425

6

**FILED IN THE U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**FEB 1 1 2020**

**SEAN F. MCAVOY, CLERK**
_____, DEPUTY
**YAKIMA, WASHINGTON**

7              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,          **2:20-CR-17-RMP**

10                    Plaintiff,       INDICTMENT

11         v.                          21 U.S.C. § 841(a)(1), (b)(1)(E)(i)
12                                     Distribution of Controlled Substances
13  CHRISTOPHER JAMES KISLING,         (testosterone cypionate)
                                       (Counts 1 and 2)
14                    Defendant.
                                       21 U.S.C. § 843(b) Use of Communication
15                                     Facility in Causing or Facilitating the
16                                     Commission of Felonies Under the
                                       Controlled Substances Act
17                                     (Counts 3 and 4)
18
                                       21 U.S.C. § 853
19                                     Forfeiture Allegations
20

21      The Grand Jury charges:
22
23                            COUNT 1

24      On or about September 27, 2019, in the Eastern District of Washington, the

25  Defendant, CHRISTOPHER KISLING, did knowingly and intentionally distribute
26
27  a mixture or substance containing a detectable amount of testosterone cypionate, a
28

INDICTMENT                        1

1   Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1),

2   (b)(1)(E)(i).

3
                                    COUNT 2
4
5        On or about November 7, 2019, in the Eastern District of Washington, the

6   Defendant, CHRISTOPHER KISLING, did knowingly and intentionally distribute

7
    a mixture or substance containing a detectable amount of testosterone cypionate, a
8
9   Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1),

10  (b)(1)(E)(i).

11
                                    COUNT 3
12
13       On or about September 27, 2019, in the Eastern District of Washington, the

14  Defendant, CHRISTOPHER KISLING, did knowingly and intentionally use any

15
    communication facility, to wit: the United States Postal Service mail system, in
16
17  facilitating the commission of any act or acts constituting a felony under 21 U.S.C.

18  § 841(a)(1), that is, the offense set out in Count 1 of this indictment incorporated

19
    by reference herein, in violation of 21 U.S.C. § 843 (b).
20
21                                  COUNT 4

22       On or about November 7, 2019, in the Eastern District of Washington, the

23
    Defendant, CHRISTOPHER KISLING, did knowingly and intentionally use any
24
25  communication facility, to wit: the United States Postal Service mail system, in

26  facilitating the commission of any act or acts constituting a felony under 21 U.S.C.

27

28
    INDICTMENT                          2

1   § 841(a)(1), that is, the offense set out in Count 2 of this indictment incorporated

2   by reference herein, in violation of 21 U.S.C. § 843 (b).

3

4

5                   NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

6          The allegations contained in this Indictment are hereby realleged and

7   incorporated by reference for the purpose of alleging forfeitures.

8

9          Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of

10  21 U.S.C. § 841(a)(1), as alleged in Counts 1 and 2 of this Indictment, the

11  Defendant, CHRISTOPHER KISLING, shall forfeit to the United States of

12
    America, any property constituting, or derived from, any proceeds obtained,
13

14  directly or indirectly, as the result of such offense(s) and any property used or

15  intended to be used, in any manner or part, to commit or to facilitate the

16
    commission of the offense(s).
17

18         If any forfeitable property, as a result of any act or omission of the

19  Defendant(s):
20

21             (a) cannot be located upon the exercise of due diligence;

22             (b) has been transferred or sold to, or deposited with, a third party;

23             (c) has been placed beyond the jurisdiction of the court;

24             (d) has been substantially diminished in value; or

25             (e) has been commingled with other property which cannot be divided

26                  without difficulty;

27

28

INDICTMENT                                    3

1  the United States of America shall be entitled to forfeiture of substitute property

2  pursuant to 21 U.S.C. § 853(p).

3      DATED this 11th day of February, 2020.

4

5

6

7  William D. Hyslop
   United States Attorney

8

9
   Thomas J. Hanlon
10  Supervisory Assistant United States Attorney

11

12  Michael D. Murphy
   Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   INDICTMENT                    4