FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00017-RMP-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |
| vs. | CONDITIONS OF RELEASE AND |
| CHRISTOPHER JAMES KISLING, | RELATED MOTION TO EXPEDITE |
| Defendant. | **ECF Nos. 20, 21** |

Before the Court are Defendant's Motion to Modify Conditions of Pretrial

Release (ECF No. 20) and Defendant's Motion to Expedite (ECF No. 21).

Defendant represents that neither the United States, nor the United States

Probation Office oppose the proposed modification.

On Thursday, February 20, 2020, the Court conducted a detention hearing,

after which it released Defendant on standard and special conditions. ECF No.

14 at 4-5. One such condition, Special Condition No. 2, prohibits Defendant

from engaging in the sale of anything online during the pendency of this matter.

*Id*. at 5. Defendant requests that Special Condition No. 2 be modified to permit

ORDER - 1

him to engage in marketing and promotion of his and his wife's online business, Modern Day Vikings Beard Care. ECF No. 20 at 1. He represents that he is responsible for marketing and promoting the products and that his wife manages the business accounts, sales, shipping, and financial processes. *Id*. at 2. The Court grants the motion and modifies the condition as set forth below.

Accordingly; **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 21**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 20**) is **GRANTED.**

3. **Special Condition No. 2** shall be modified as follows:

   **Defendant shall not engage in the sale online of any narcotic drugs or other controlled substances defined in 21 U.S.C. § 802.**

4. All other conditions of pre-trial release shall remain in force.

DATED March 11, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2