FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JAMES KISLING,<br><br>Defendant. | NO: 2:20-CR-17-RMP-1<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the Government's Unopposed Motion for Protective Order, ECF No. 32.  Upon consideration of the Motion and the Record, the Court finds that good cause exists to grant the motion and enter the unopposed protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Discovery Protective Order, **ECF No. 32**, is **GRANTED**.

2. Pursuant to the discovery obligations previously imposed by the Court, the United States is authorized to disclose discovery in its possession and any Protected Information contained therein.  As used herein, "Protected Information" means the audio/video recording of an interview of the witness BK, conducted on

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 1

potentially sensitive personal, information of the defendant and third parties, including for example, identification information and minors' names.

3. The Protected Information and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel will return the discovery to the United States or will certify that it has been destroyed. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been destroyed.

4. Defense Counsel shall store the discovery constituting the Protected Information in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to the Protective Order.

5. Defense Counsel shall be responsible for advising his respective defendant, employees, witnesses, and other members of the defense team of the contents of this Protective Order.

6. This Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** August 7, 2020.         _s/ Rosanna Malouf Peterson_
                                  ROSANNA MALOUF PETERSON
                                  United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 2